1  Mark T. Gallagher, Esq., California State Bar No. 180514
   **CABLE GALLAGHER**
2  100 Parkshore Drive
   Folsom, California 95630
3  Telephone: 916.608.7995
   Facsimile: 916.608.7986
4  mark@cablegallagher.com

5  Attorneys for Defendants Pride in Making
   Products, LLC, Mark Skaggs and Mattia Borrani

**COHEN│JOHNSON│PARKER│EDWARDS**
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD BEGG, <br><br> Plaintiff, <br><br> vs. <br><br> PRIDE IN MAKING PRODUCTS, LLC, a California limited liability company; MARK SKAGGS, an individual; MATTIA BORRANI, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06436-JST <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND TO EXTEND ADR DEADLINES** |

The Court has received and reviewed the parties' Stipulation to Continue the Case Management Conference and to Extend ADR Deadlines and, good cause appearing, it is hereby

**ORDERED** granting the parties' Stipulation.

**IT IS FURTHER ORDERED** that the Case Management Conference is hereby continued to the  28  day of    March    , 2018 at 2:00 P.M. before this Court in Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS FURTHER ORDERED** that February 19, 2018 is the last day for counsel to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery

///

plan, file the ADR Certification, and file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference.

**IT IS FURTHER ORDERED** that March 2, 2018 is the last day for counsel to file the parties' Rule 26(f) Report, complete initial disclosures or state objections in the Report, and file the Joint Case Management Statement.

Dated: January 4, 2018

The Honorable Jon S. Tigar
United States District Court Judge