Dale C. Campbell, California State Bar No. 99173
Josiah M. Prendergast, California State Bar No. 292840
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916.558.6000
Facsimile: 916.446.1611
dcampbell@weintraub.com
jprendergast@weintraub.com

Henry S. Wehrmann, Texas State Bar No. 21076400, admitted pro hac vice
Christopher R. Elam, Texas State Bar No. 24074171, admitted pro hac vice
**FARROW-GILLESPIE & HEATH LLP**
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
Telephone: 214.361.5600
Facsimile: 214.203.0651
henry@fghlaw.com
chris.elam@fghlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD BEGG,<br><br>    Plaintiff,<br><br>vs.<br><br>PRIDE IN MAKING PRODUCTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; MARK SKAGGS, AN INDIVIDUAL; MATTIA BORRANI, AN INDIVIDUAL; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendant | Case No.: 3:17-cv-06436-JST<br><br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES |

    The Court has received and reviewed the parties' Joint Stipulation to Continue Deadline for Exchange of Initial Disclosures and, good cause appearing, it is hereby

    **ORDERED** that the parties' request be **GRANTED** as follows:

    **IT IS ORDERED** that the deadline to exchange initial disclosures is hereby continued to **March 9, 2018**.

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES - 1

1  Dated: February 27, 2018              _____
2                                         The Honorable Jon S. Tigar
                                          United States District Court Judge

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES - 2