1  Mark T. Gallagher, Esq., California State Bar No. 180514
   **CABLE GALLAGHER**
2  100 Parkshore Drive
   Folsom, California 95630
3  Telephone: 916.608.7995
   Facsimile: 916.608.7986
4  mark@cablegallagher.com

5  H. Stan Johnson, Esq., Nevada State Bar No. 00265
   **COHEN JOHNSON PARKER EDWARDS**
6  375 East Warm Springs Road, Suite 104
   Las Vegas, Nevada 89119
7  Telephone: 702.823.3500
   Facsimile: 702.823.3400
8  sjohnson@cohenjohnson.com
   Appearance *pro hac vice*

9
10 Attorneys for Defendants Pride in Making
   Products, LLC, Mark Skaggs and Mattia Borrani

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TODD BEGG, <br><br> Plaintiff, <br><br> vs. <br><br> PRIDE IN MAKING PRODUCTS, LLC, a California limited liability company; MARK SKAGGS, an individual; MATTIA BORRANI, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06436-JST <br><br> ~~PROPOSED~~ **ORDER GRANTING THE PARTIES' STIPULATION TO STAY THE INITIAL CASE MANAGEMENT CONFERENCE AND FILING OF THE JOINT CASE MANAGEMENT STATEMENT** |

The Court has received and reviewed the parties' Stipulation to Stay the Initial Case Management Conference and the filing of the Joint Case Management Statement and, good cause appearing, it is hereby

**ORDERED** that the parties' Stipulation be **GRANTED** as follows:

**IT IS ORDERED** that the Initial Case Management Conference presently scheduled on March 28, 2018 at 2:00 P.M. and the filing of the Joint Case Management Statement due on March 2, 2018 are hereby stayed.

/ / / /

1     **IT IS FURTHER ORDERED** that, in the event the Court receives notice from
Magistrate Judge Spero that the settlement conference was not successful, the Court shall reset
the Initial Case Management Conference and the date for filing of the Joint Case Management
Statement.

Dated: March 1, 2018

_____
The Honorable Jon. S. Tigar
United States District Court Judge

COHEN | JOHNSON | PARKER | EDWARDS
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400